UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Honorable Michael A. Shipp, U.S.D.J. |
| **Plaintiff,** | DOCKET NO. 3:22-cr-00775-MAS-1 |
| V | |
| STEVEN G. THOMAS, | CONSENT ORDER |
| Defendant. | |

---

THIS MATTER having been opened to the Court upon application by Jerome A. Ballarotto, Esq. appearing on behalf of Defendant, Steven G. Thomas and consented to by Camila Garces, Assistant United States Attorney on behalf of the Government, and the parties having consented to the entry of this Order and for good cause shown;

IT IS on this 8th day of April, 2025, **ORDERED** that Steven G. Thomas' passports shall be returned to him within 14 days of the execution of this Order; and

IT IS **FURTHER ORDERED** that a copy of this Order be served upon all parties via the E-Court system.

_____
Hon. Michael A. Shipp, U.S.D.J.

I hereby consent to
the entry and form
of the within Order.

I hereby consent to
the entry and form
of the within Order.

/s/ Camila Garces
Camila Garces
Assistant United States Attorney

/s/ Jerome A. Ballarotto, Esquire
Jerome A. Ballarotto, Esquire
Attorney for Steven G. Thomas